# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LOPEZ, | Case No. 1:11-cv-00574-SKO PC |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | **(Doc. 18)** |
| HERRINGTON, et al., | **TEN-DAY DEADLINE** |
| Defendants. | |
| _____/ | |

Plaintiff Richard Lopez, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 8, 2011. This action is proceeding on Plaintiff's amended complaint against Defendant Vitto for acting with deliberate indifference to Plaintiff's medical needs, in violation of the Eighth Amendment of the United States Constitution.

On July 24, 2013, Defendant filed a motion to compel Plaintiff to respond to interrogatories and requests for the production of documents. Fed. R. Civ. P. 37(a)(3)(B). Defendant also requests attorney's fees. Fed. R. Civ. P. 37(a)(5). Plaintiff has not filed a response to the motion. Local Rule 230(*l*).

///
///
///

Accordingly, the Court HEREBY ORDERS as follows:

1. Within **ten (10) days** from the date of service of this order, Plaintiff shall show cause why Defendant's motion should not be granted and Plaintiff shall show cause why this action should not be dismissed, with prejudice, for failure to prosecute; and

2. **The failure to respond to this order will result in dismissal of this action, with prejudice.**

IT IS SO ORDERED.

Dated: **September 27, 2013**           /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE